1    JS-6

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   **J & J SPORTS PRODUCTIONS,**      Case No. CV12-09668 WDK(FMOx)
     **INC.,**
12
                                        **JUDGMENT**
13         Plaintiff,

14         v.

15   **JOSE A. NAVIDAD,**

16         Defendant.

17

18         The Application of J & J Sports Productions, Inc. for the entry of Default

19   Judgment as to defendant Jose A. Navidad, an individual d/b/a Old Skool Barber

20   Shop, having come before the Court, and the Court having found that the entry of

21   a Default Judgment is appropriate,

22         IT IS HEREBY ORDERED AND ADJUDGED:

23         1. Judgment in this case is granted in favor of the plaintiff J & J Sports

24   Productions, Inc. against defendant Jose A. Navidad, an individual d/b/a Old

25   Skool Barber Shop, as follows:

26

27         (a)    defendant Jose A. Navidad, an individual d/b/a Old Skool Barber

28   Shop, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total

damages plus attorneys' fees in the amount of $530.00 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: January 7, 2014

_____

William Keller
United States District Judge

cc:      Jose A. Navidad

- 2 -